**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-06474 JAK (JCGx) | Date | March 19, 2012 |
|---|---|---|---|
| Title | Bernabe Cipres, et al. v. Jose A Gonzalez | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On March 13, 2012, plaintiffs filed "Notice of Settlement" (Dkt. 35).  The Court sets an Order to Show Cause re Dismissal for April 23, 2012 at 1:30 p.m.  If the parties file a dismissal by April 19, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The July 30, 2012 final pretrial conference, August 10, 2012 exhibit conference, and August 14, 2012 jury trial are vacated.

**IT IS SO ORDERED.**

                                                                                           :
                                                   Initials of Preparer    ak